Tres A. Porter, SBN 225115
2141 Tuolumne, Suite B
Fresno, CA 93721
Telephone: (559) 237-3075
Fax: (559) 237-3559
e-mail: tporter@porterfarmlaw.com

Attorney for Defendant, MONICA PADILLA

FILED FEB 03 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LODGED JAN 30 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MONICA PADILLA, et al.,<br>Defendant(s) | NO.: CR-06-00059AWI<br><br>ORDER FOR REFUND OF BAIL |

AND NOW, this 3rd day of February, 2012, it is ORDERED that the Clerk of this Court shall return to Defendant, Monica Padilla ALL the bail deposits posted on her behalf, including, but not limited to any funds posted by Richard Smith on her behalf in the above captioned case.

_____
Judge

1

United States of America v. Monica Padilla, et al.
ORDER ON MOTION FOR REFUND OF BAIL.

1:06CR00059 AWI