# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.  Case No. 1:06-CR-00059-008 AWI

FRANCHESKA BRIZAN
_____/

## ORDER

IT IS ORDERED that Defendant Francheska Brizan's conditions of release while on bond pending appeal shall remain the same as the conditions set forth in the *Modified Order Setting Conditions of Release* [Doc.410] dated May 14, 2009. IT IS SO ORDERED.

Dated:  May 7, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE