## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                             **Case No: 1:06-CR-59-AWI-8**

**FRANCHESKA BRIZAN**

_____/

## BRIZAN'S UNOPPOSED MOTION TO CONTINUE HEARING SET
## FOR MARCH 25, 2013

Comes Now the Defendant, FRANCHESKA BRIZAN ("Brizan"), by and through her undersigned counsel, to move this Honorable Court to continue or cancel the status conference set for Monday, March 25, 2013, at 11:00 a.m. in the above styled matter. In support of this unopposed motion counsel states as follows:

Brizan is currently released on conditions pending appeal. The Ninth Circuit Court of Appeals has granted Brizan's motion for stay of the mandate dismissing the appeal.

A status conference is set in this Court regarding this matter for Monday, March 25, 2013, at 11:00 a.m. In light of the order granting the motion for stay of the mandate at the Ninth Circuit Court of Appeals, Brizan requests that the status conference be cancelled at this time and be reset once the stay is lifted by the Ninth Circuit Court of Appeals.

Assistant United States Attorney, Karen Escobar, indicated that the government

would not be opposed to the relief requested in this motion.

WHEREFORE, the Defendant, FRANCHESKA BRIZAN, respectfully requests that this Honorable Court grant this unopposed motion and cancel or reset the status conference currently set for Monday, March 25, 2013, in the above styled matter, in light of the Ninth Circuit Court of Appeals granting Brizan's stay of the mandate.

Respectfully submitted,

THE LAW OFFICE OF
WILLIAM MALLORY KENT


s/William Mallory Kent
William Mallory Kent
Florida Bar No. 0260738
1932 Perry Place
Jacksonville, Florida 32207-3443
(904) 398-8000
(904) 348-3124 FAX
(904) 662-4419 Cell Phone
kent@williamkent.com
ATTORNEY FOR BRIZAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Karen Ann Escobar | Jeffrey Hammerschmidt |
| karen.escobar@usdoj.gov | jeff@jeffhammerschmidt.com |

s/William Mallory Kent
William Mallory Kent

**ORDER**

IT IS SO ORDERED.

Dated: ___March 21, 2013___

_____
SENIOR  DISTRICT  JUDGE