# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>**FRANCHESKA BRIZAN,**<br><br>　　　　　　Defendant. | **CASE NO. 1:06-CR-00059-AWI**<br><br>**ORDER DIRECTING DEFENDANT TO SELF-SURRENDER BY MONDAY, JANUARY 6, 2014** |

　　The defendant's appeals having terminated, defendant FRANCHESKA BRIZAN is ordered to surrender for service of her sentence to the institution designated by the Bureau of Prisons, or to the United States Marshal in Fresno, California, no later than 2:00 p.m. on Monday, January 6, 2014. No extensions of time shall be given. Counsel for the defendant shall notify his client of the above date.

IT IS SO ORDERED.

Dated:　October 22, 2013　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE